```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
CADIA CAPITAL ADVISORS LLC,             :
                                        :
                    Plaintiff,          :    22 Civ. 05847 (VM)
                                        :
     - against -                        :    ORDER
                                        :
FAGU LLC,                               :
                                        :
                    Defendant.          :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On July 14, 2022, consistent with the Court's Individual Practices, counsel for Fagu LLC ("Fagu") sent counsel for Cadia Capital Advisors LLC ("Cadia") a pre-motion letter identifying alleged deficiencies in the Complaint that Cadia filed in this action, and that allegedly would provide a basis supporting a motion to stay or dismiss. (See Dkt. No. 4.) On July 21, 2022, also consistent with the Court's Individual Practices, counsel for Cadia sent a three-page letter in response, opposing the grounds that Fagu stated in favor of the proposed motion. (See Dkt. No. 10.) On August 10, 2022, the Court received a letter from Fagu requesting a pre-motion conference and asserting that the letter exchange did not resolve the dispute and thus failed to avoid motion practice at this stage of the proceedings. (See Dkt. No. 11.)

Upon review of all pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary to resolve the parties' dispute. Within one week of the date of this order, the parties are directed to advise the Court whether they consent to the Court deeming

the pre-motion letters as a fully briefed motion and ruling on the basis of the letters, or whether the parties request supplemental or full briefing on Fagu's proposed motion. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one week of the date of this order.

**SO ORDERED.**

Dated: August 11, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.